# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Bruce L. Gorham El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00154-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Walsh | ) | |
| FNU Green | ) | |
| FNU Hansley | ) | |
| FNU Morrison | ) | |
| FNU Mitzel, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 29, 2024 Order.

July 29, 2024

Katherine Hord Simon, Clerk
United States District Court